# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: | Bankruptcy No: |
| Foods, Inc. | 14−02689−als11 |
| Debtor(s). | Chapter 11 |
| Barry A. Chatz, not individually but solely as the Liquidating Trustee of the Foods, Inc. Liquidating Trust | Adversary No. 16−30063−als |
| | Presiding Judge: Honorable Judge Anita L. Shodeen |
| *Plaintiff(s)* | |
| vs. | ***DEFENDANT:*** |
| | ***IF YOU HAVE AN ATTORNEY*** |
| | ***DELIVER THIS TO YOUR*** |
| Pan−O−Gold Baking Co. | ***ATTORNEY IMMEDIATELY*** |
| *Defendant(s)* | |

## REISSUED SUMMONS AND NOTICE

To the above−named defendant:
You are hereby summoned and required to serve upon plaintiff's attorney:

Attorney for Plaintiff(s) Address
Richard S Lauter
550 West Adams Street
Suite 300
Chicago, IL 60661

a Motion or Answer (if you make a motion, as you may in accordance with Bankruptcy Rule 7012, that rule governs the time within which your answer must be served) to the complaint which is herewith served upon you, within thirty days of the date of this Summons (the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days), and to file the motion or answer with this Court. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are hereby notified that upon the filing of an Answer to the Complaint, the Court will enter a Scheduling Order and Order for Trial or a trial scheduling conference will be scheduled by separate notice.

Virginia L. Satterstrom
Clerk, U.S. Bankruptcy Court

Date of Issuance: January 17, 2017

Case No. 14–02689–als11
Adv. No. 16–30063–als

# CERTIFICATE OF SERVICE

I, _____(name), certify that the service of this summons and a copy of the complaint was made _____(date) by:

\_\_\_\_ Electronically: Notice of Electronic Filing.

\_\_\_ Mail service: Regular, first class United States mail, postage fully pre−paid, addressed to:

\_\_\_ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

\_\_\_ Residence Service: By leaving the process with the following adult at:

\_\_\_ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

\_\_\_ Publication: The defendant was served as follows: [Describe briefly]

\_\_\_ State Law: The defendant was served pursuant to the laws of the State of _____, as follow: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

**Under penalty of perjury, I declare that the foregoing is true and correct.**

_____
Signature

_____
Date


Print Name: _____

Business Address: _____

City: _____ State _____ Zip _____