Case No. 14-02689-als11
Adv. No. 16-30063-als

## CERTIFICATE OF SERVICE

I, __Georgia Kimbrough_____(name), certify that the service of this summons and a copy of the complaint was made __January 23, 2017_____(date) by:

___ Electronically: Notice of Electronic Filing.

__X__ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Pan-O-Gold Baking Co., c/o Wayne E. Reames, its Registered Agent
666 Walnut St., Suite 2000, Des Moines, IA 50309-3989

___ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

___ Residence Service: By leaving the process with the following adult at:

__X__ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at: Pan-O-Gold Baking Co., c/o Wayne E. Reames, its Registered Agent
666 Walnut St., Suite 2000, Des Moines, IA 50309-3989

___ Publication: The defendant was served as follows: [Describe briefly]

___ State Law: The defendant was served pursuant to the laws of the State of _____, as follow: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____[signature]_____
Signature

January 23, 2017
Date

Print Name: __Georgia Kimbrough_____
Business Address: Lewis Brisbois Bisgaard & Smith LLP
_2100 Ross Avenue, Suite 2000_____

City: __Dallas_____ State __TX__ Zip __75201__