# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re<br><br>FOODS, INC. D/B/A DAHL'S FOODS,<br><br>Debtor. | Case No. 14-02689-ALS-11<br><br>Chapter 11 |
| BARRY A. CHATZ, SOLELY AS THE LIQUIDATING TRUSTEE OF THE FOODS, INC. LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>PAN-O-GOLD BAKING CO.,<br>Defendant | Adv. No. 16-30063 |

## APPEARANCE AND REQUEST FOR NOTICE

COMES NOW Ronald C. Martin of Day Rettig Martin, P.C. and hereby enters his appearance in this matter as attorney for the Plaintiff Barry A. Chatz, not individually, but solely as the Liquidating Trustee of the Foods, Inc. Liquidating Trust and requests that a copy of all filings made or required to be served, and copy of all future correspondence and papers in connection with this adversary proceeding are to be directed to the undersigned in addition to all others appearing on behalf of Barry A. Chatz, not individually but solely as the Liquidating Trustee of the Foods, Inc. Liquidating Trust.

Dated this 21th day of February, 2017.

        Respectfully submitted,

        DAY RETTIG MARTIN, P.C.

        */s/ Ronald C. Martin*
        Ronald C. Martin IS9998294
        PO Box 2877
        Cedar Rapids, Iowa   52406-2877
        Telephone: (319) 365-0437
        FAX: (319) 365-5866
        E-mail: ronm@drpjlaw.com
        **ATTORNEY FOR BARRY A. CHATZ,
        LIQUIDATING TRUSTEE FOR THE FOODS,
        INC. LIQUIDATING TRUST**

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 21, 2017, the foregoing Appearance was served upon all parties to the above case via counsel and to the Office of the United States Trustee via electronic transmission to the e-mail addresses below:

        /s/ *Dahlia Latif*

Sent via e-mail to:

Office of the United States Trustee; Jame.L.Snyder@usdoj.gov