# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FOODS, INC. D/B/A DAHL'S FOODS, | ) | Case No. 14-02689-ALS-11 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| _____ | ) | |
| | ) | |
| BARRY A. CHATZ, not individually but solely as the Liquidating Trustee of the Foods, Inc. Liquidating Trust, | ) | Hon. Anita L. Shodeen |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary No. 16-30063 |
| | ) | |
| PAN-O-GOLD BAKING CO., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO FILE AMENDED COMPLAINT

COMES NOW Barry A. Chatz (the "Liquidating Trustee" or "Plaintiff"), not individually but solely as the Liquidating Trustee of the Foods, Inc. Liquidating Trust (the "Liquidating Trust"), and pursuant to Federal Rule of Civil Procedure 15, as incorporated by Federal Rule of Bankruptcy Procedure 7015, hereby respectfully requests the Court's leave to amend Plaintiff's Complaint, and in support thereof states and shows to the Court the following:

1. On November 2, 2016, the Liquidating Trustee filed the Complaint (the "Complaint") in this Adversary proceeding to avoid and recover transfers made to PAN-O-GOLD BAKING CO. (the "Defendant"). (Doc. 1).

2. Defendant filed a Pre-Answer Motion to Strike the Complaint on March 10, 2017 (Doc. 7).

3. Federal Rule of Bankruptcy Procedure 7015 incorporates Federal Rule of Civil Procedure 15 which states as follows:

> "**(a)** **Amendments Before Trial.**
> **(1)** *Amending as a Matter of Course*. A party may amend its pleading once as a matter of course within:
> **(A)** 21 days after serving it, or
> **(B)** if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.
> **(2)** *Other Amendments*. In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.
> …
> **(c)** **Relation Back of Amendments.**
> **(1)** *When an Amendment Relates Back*. An amendment to a pleading relates back to the date of the original pleading when:
> **(A)** the law that provides the applicable statute of limitations allows relation back;
> **(B)** the amendment asserts a claim or defense that arose out of the conduct, transaction, or occurrence set out – or attempted to be set out – in the original pleading; or
> **(C)** the amendment changes the party or the naming of the party against whom a claim is asserted, if Rule 15(c)(1)(B) is satisfied and if, within the period provided by Rule 4(m) for serving the summons and complaint, the party to be brought in by amendment:
> **(i)** received such notice of the action that it will not be prejudiced in defending on the merits; and
> **(ii)** knew or should have known that the action would have been brought against it, but for a mistake concerning the proper party's identity."

4. Various creditors in the Foods, Inc. Bankruptcy Case No. 14-02689, have asserted that Attorney Richard Lauter was not properly admitted to practice before the United States Bankruptcy Court for the Southern District of Iowa and that Mr. Lauter's signature on any Complaint filed by the Liquidating Trustee makes such Complaint deficient. A number of Defendants in separate adversary proceedings have filed Motions to Strike citing such assertion as

the basis for their Motions. The Liquidating Trustee has disputed said assertion and filed responsive documents. If the Court determines that Mr. Lauter is not admitted to practice before this Court, the proper course is for Mr. Lauter to seek admission *pro hac vice* or for the Liquidating Trustee to file an Amended Complaint signed by an attorney properly admitted to practice before this Court. See Knessel v. Davis (In re Davis), 2011 WL1793142, Adv. No. 10-05046 (Bankr. S.D.Miss., May 10, 2011).

5. Mr. Lauter has filed a Motion in the main case seeking admission *pro hac vice*. Out of an abundance of caution, the Liquidating Plaintiff seeks leave to file an Amended Complaint bearing the undersigned's signature. The undersigned is an Iowa licensed attorney who is admitted to practice before the United States Bankruptcy Court for the Southern District of Iowa.

6. Attached hereto is the Amended Complaint that the Liquidating Trustee seeks to file which merely adds additional counsel for the Liquidating Trustee. See Fed. R. Civ. P. 15(a)(2)(B).

7. Federal Rules of Bankruptcy Procedure 9010 and 9011 permit the Amended Complaint to be filed to cure any deficiency with Mr. Lauter's signature. Federal Rule of Civil Procedure 15(c)(1)(B) provides that the Amended Complaint will relate back to the date of the filing of the original Complaint herein. See Knessel v. Davis (In re Davis), 2011 WL1793142, Adv. No. 10-05046 (Bankr. S.D.Miss., May 10, 2011).

WHEREFORE the Liquidating Trustee respectfully requests that the Court enter an Order granting this Motion to Amend, providing the Plaintiff leave to amend his Complaint, and that it permit the attached Amended Complaint to be filed of record; and the Plaintiff further prays for such other and additional relief as would be just and proper.

Respectfully submitted,

**DAY RETTIG MARTIN, P.C.**

*/s/ Joseph E. Day*
Joseph E. Day   IS9997736
Ronald C. Martin   IS9998294
PO Box 2877
Cedar Rapids, Iowa   52406-2877
Telephone: (319) 365-0437
FAX: (319) 365-5866
E-mail: jday@drpjlaw.com
           ronm@drpjlaw.com
**ATTORNEYS FOR BARRY A. CHATZ,
LIQUIDATING TRUSTEE FOR THE FOODS, INC.
LIQUIDATING TRUST**

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 30, 2017, the foregoing Motion to Amend was served upon all parties to the above case and to the Office of the United States Trustee by service on counsel via the Court's electronic servicing system, electronic transmission to the e-mail addresses below, or via First Class U.S. Mail postage pre-paid to the addresses set forth below:

/s/ *Nicole L. Cihla*

Sent via e-mail to:
Office of the United States Trustee:  james.l.snyder@usdoj.gov