# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In re<br><br>FOODS, INC. D/B/A DAHL'S FOODS,<br><br>Debtor. | Case No. 14-02689-ALS-11<br><br>Chapter 11 |
| BARRY A. CHATZ, NOT INDIVIDUALLY BUT SOLELY AS THE LIQUIDATING TRUSTEE OF THE FOODS, INC. LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>PAN-O-GOLD BAKING CO.,<br><br>Defendant | Adv. No. 16-30063<br><br><br><br>SCHEDULING ORDER AND ORDER FOR TRIAL |

*Date entered on docket: July 21, 2017*

The term "counsel" in this order refers to attorneys representing parties and parties proceeding without representation, pro-se.

**IT IS ORDERED:**

1. All discovery in this matter shall be concluded no later than **December 5, 2017.**

2. Pleadings shall close **December 21, 2017.**

3. All dispositive motions shall be filed on or before **January 16, 2018.**

4. The parties report that they have waived Fed. R. Civ. P. 26(a)(1), but Fed. R. Civ. P. 26(a)(2) and 26(a)(3) will apply. The parties report that they have complied with Fed. R. Civ. P. 26(f).

5. The parties estimate a full day will be needed for the trial in this matter.

/s/ **Anita  L.  Shodeen**
Anita L. Shodeen
U.S. Bankruptcy Judge

Parties Receiving this order from the Clerk of Court:
X Electronic Filers in this Adversary Proceeding
  Everyone in this Adversary Proceeding
  Other